UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
:
:
    -v-                                                           :    03 Cr. 734 (JPC)
:
:    ORDER
:
LUYEN DAO NGUYEN,                                                 :
:
        Defendant.                                                :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 17, 2022, Defendant filed a motion seeking a sentence reduction pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A).  *See* Dkt. 173.  It is hereby ORDERED that the Government shall respond to Defendant's motion by December 8, 2022.  Defendant shall file his reply, if any, by December 15, 2022.  The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Defendant.

      SO ORDERED.

Dated: November 18, 2022
      New York, New York

                                                      _____
                                                          JOHN P. CRONAN
                                                         United States District Judge