UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,               :

                                      :

          -v-                      :          S3 03 Cr. 734 (JPC)

                                      :

LUYEN DAO NGUYEN,                :           ORDER

                                      :

               Defendant.      :

                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 18, 2022, the Court directed the Government to respond to Defendant's

motion for a sentence reduction by December 8, 2022.  Dkt. 175.  That deadline has passed, and

the docket does not reflect a response from the Government.  Accordingly, the Court adjourns *sua*

*sponte* the Government's deadline to respond to the Complaint until December 16, 2022.  The

deadline for any replies is also adjourned to December 23, 2022.

       SO ORDERED.

Dated: December 12, 2022
      New York, New York                     _____
                                         JOHN P. CRONAN
                                United States District Judge