

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2022

**BY ECF AND EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Luyen Dao Nguyen*, 03 Cr. 734 (JPC)

Dear Judge Cronan:

      The Government writes respectfully to request an extension of the deadline to respond to the defendant's motion seeking a sentence reduction pursuant to the First Step Act (the "Motion"). On November 17, 2022, the defendant filed the Motion. On November 18, 2022, the Court issued an order directing the Government to respond no later than December 8, 2022. Dkt. No. 175. Because the Assistant United States Attorneys previously handling this case have left the United States Attorney's Office, the Government did not reply by the deadline the Court set. On December 12, 2022, the Court issued another order directing the Government to respond to the Motion no later than December 16, 2022. Yesterday, the undersigned was assigned to this case. Although the undersigned has requested various documents from the Bureau of Prisons that will likely be relevant to the Government's response, the undersigned has not yet received them. Accordingly, the undersigned respectfully requests a one-week extension of the deadline to respond to the Motion. This is the Government's first request for an extension.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York

By:   _____
                                              Brandon C. Thompson
                                              Assistant United States Attorney
                                              (212) 637-2444

cc:   Luyen Dao Nguyen (by mail)

The request is granted.  The Government's deadline to respond to Defendant's motion is adjourned to December 23, 2022.  The deadline for any replies is also adjourned to January 6, 2023.  The Government is directed to serve Defendant with a copy of this order via overnight mail.  The Clerk of Court is directed to close Docket Numbers 179 and 180.

SO ORDERED.

December 14, 2022
New York, New York

JOHN P. CRONAN
United States District Judge